IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00391-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

CURTIS GUION, # 129917,

      Plaintiff,

v.

SPURLOCK, Correctional Officer, in his Official and Individual Capacities,
WITZ, Correctional Officer, in his Official and Individual Capacities,
GILBERT, Correctional Officer, in his Official and Individual Capacities,
CUTCHER, Sergeant, in his Official and Individual Capacities,
GROOMS, Correctional Officer, in his Official and Individual Capacities,
Z. MAHER, Correctional Officer, in his Official and Individual Capacities,
CASADY, Correctional Officer, in his Official and Individual Capacities,
WHITE, Correctional Officer, in his Official and Individual Capacities,
CHAVEZ, Correctional Officer, in his Official and Individual Capacities,
VIGIL, C.O., in his Official and Individual Capacities,
OLIVETTE, Lieutenant, in his Official and Individual Capacities,
TRUJILLO, C.O., in his Official and Individual Capacities,
T. TRUJILLO, Sgt., in his Official and Individual Capacities,
BARBERO, Captain, in his Official and Individual Capacities,
TRAVIS TRANI, Warden, in his Official and Individual Capacities,
BROWN, C.O., in his Official and Individual Capacities,
P. ARCHULETA, C.O., in his Official and Individual Capacities,
MONTOYA, C.O., in his Official and Individual Capacities,
MORRIS, in his Official and Individual Capacities,
FIELDS, in his Official and Individual Capacities,
TAVNER, in his Official and Individual Capacities,
YOUNGER, in his Official and Individual Capacities,
JAMES FALK, Warden, in his Official and Individual Capacities,
L. MAYFIELD, Major, in his Official and Individual Capacities,
A. CORTEZ, C.O., in his Official and Individual Capacities,
FINAGGAN, C.O., in his Official and Individual Capacities,
MISTY LOGAN, Captain, in his Official and Individual Capacities,
BENSKO, C.O., in his Official and Individual Capacities,
D. RAYMOND, Sgt., in his Official and Individual Capacities,
J. OLSEN, Case Manager, in his Official and Individual Capacities,
S. FOSTER, Associate Warden, in his Official and Individual Capacities,
SOLANO, C.O., in his Official and Individual Capacities,
J.R. ADAMS, C.O., in his Official and Individual Capacities,
FAIRBAUN, Cpt., in his Official and Individual Capacities,

WALLACE, Lt., in his Official and Individual Capacities,
SIMS, C.M., in his Official and Individual Capacities,
WIXTON, Sgt., in his Official and Individual Capacities,
MEYERS, C.O., in his Official and Individual Capacities,
KEVIN MILYARD, Deputy Director of Prisons, in his Official and Individual Capacities,
HALVERSON, C.O., in his Official and Individual Capacities,
LARRY REID, Deputy Director, in his Official and Individual Capacities,
PEEK, C.O., in his Official and Individual Capacities,
DANFORTH, C.O., in his Official and Individual Capacities,
PRINNS, Sargeant, in his Official and Individual Capacities,
BUTERO, Sgt., in his Official and Individual Capacities,
R. RICHARDSON, Cpt., in his Official and Individual Capacities,
L. LAMPELA, Mental Health, in his Official and Individual Capacities,
R. CORDOVA, Lt., in his Official and Individual Capacities,
MAHONEY, C.O., in his Official and Individual Capacities,
K. MILLER, C.O., in his Official and Individual Capacities,
PERSONS, Lt., in his Official and Individual Capacities,
SAULS, C.O., in his Official and Individual Capacities,
LITTLE, Lt., in his Official and Individual Capacities,
ANDRIELLO, C.O., in his Official and Individual Capacities,
BLAKE, C.O., in his Official and Individual Capacities,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On February 11, 2014, Plaintiff submitted a Prisoner Complaint asserting

deprivations of his constitutional rights pursuant to 28 U.S.C. § 1343 and 42 U.S.C.

§ 1983.  He also filed a Motion for Leave to Proceed Without Prepayment of Fees.  As

part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the *in forma pauperis* motion is deficient as described in this Order.

Plaintiff will be directed to cure the following if he wishes to pursue any claims in this

Court in this action.  Any papers that Plaintiff files in response to this Order must include

the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    __    is not submitted
(2)    __    is missing affidavit
(3)    X    is missing a copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)    __    trust fund account statement is missing certification by authorized prison official
(5)    __    is missing required financial information
(6)    X    is missing authorization to calculate and disburse filing fee payments
(7)    __    is missing an original signature by the prisoner
(8)    X    is not on proper form
(9)    __    names in caption do not match names in caption of complaint, petition or habeas application
(10)    X    other: Plaintiff may in the alternative pay the $400.00 filing fee in full in advance.

**Complaint, Petition or Application**:
(11)    __    is not submitted
(12)    __    is not on proper form
(13)    __    is missing an original signature by the prisoner
(14)    __    is missing page nos. __
(15)    __    uses et al. instead of listing all parties in caption
(16)    __    names in caption do not match names in text
(17)    __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)    __    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without

further notice.

DATED February 13, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge