IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00391-MEH

CURTIS GUION,

      Plaintiff,

v.

SPURLOCK, Correctional Officer, in his official and individual capacities,
GILBERT, Correctional Officer, in his official and individual capacities,
CUTCHER, Sergeant, in his official and individual capacities,
GROOMS, Correctional Officer, in his official and individual capacities,
Z. MAHER, Correctional Officer, in his official and individual capacities,
CASADY, Correctional Officer, in his official and individual capacities,
WHITE, Correctional Officer, in his official and individual capacities,
TRUJILLO, Correctional Officer, in his official and individual capacities,
BARBERO, Captain, in his official and individual capacities,
TRAVIS TRANI, Warden, in his official and individual capacities,
BROWN, Correctional Officer, in his official and individual capacities,
P. ARCHULETA, Correctional Officer, in his official and individual capacities,
MONTOYA, Correctional Officer, in his official and individual capacities,
MORRIS, in his official and individual capacities,
BENSKO, Correctional Officer, in his official and individual capacities,
D. RAYMOND, Sergeant, in his official and individual capacities,
S. FOSTER, Associate Warden, in his official and individual capacities,
SOLANO, Correctional Officer, in his official and individual capacities,
J.R. ADAMS, Correctional Officer, in his official and individual capacities,
BUTERO, Sergeant, in his official and individual capacities, and
MAHONEY, Correctional Officer, in his official and individual capacities,

      Defendants.
_____

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL
_____

      THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

      ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from

the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated this 27th day of May, 2014 in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge