IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00391-MEH

CURTIS GUION,

    Plaintiff,

v.

SPURLOCK, Correctional Officer, in his official and individual capacities,
GILBERT, Correctional Officer, in his official and individual capacities,
CUTCHER, Sergeant, in his official and individual capacities,
GROOMS, Correctional Officer, in his official and individual capacities,
Z. MAHER, Correctional Officer, in his official and individual capacities,
CASADY, Correctional Officer, in his official and individual capacities,
WHITE, Correctional Officer, in his official and individual capacities,
TRUJILLO, Correctional Officer, in his official and individual capacities,
BARBERO, Captain, in his official and individual capacities,
TRAVIS TRANI, Warden, in his official and individual capacities,
BROWN, Correctional Officer, in his official and individual capacities,
P. ARCHULETA, Correctional Officer, in his official and individual capacities,
MONTOYA, Correctional Officer, in his official and individual capacities,
MORRIS, in his official and individual capacities,
BENSKO, Correctional Officer, in his official and individual capacities,
D. RAYMOND, Sergeant, in his official and individual capacities,
S. FOSTER, Associate Warden, in his official and individual capacities,
SOLANO, Correctional Officer, in his official and individual capacities,
J.R. ADAMS, Correctional Officer, in his official and individual capacities,
BUTERO, Sergeant, in his official and individual capacities, and
MAHONEY, Correctional Officer, in his official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 28, 2014.**

    The Plaintiff's Motion of Power to Enforce Subpoena Duces Tecum § 13-90.5-112 [filed July 25, 2014; docket #34] is **denied as premature.** There are several Defendants who have not yet appeared in this case and the Scheduling Conference is not set until September 8, 2014. *See* docket #27. Accordingly, once the Defendants appear in the case, the Plaintiff may seek the discovery he lists in his motion directly from the parties in accordance with the federal rules of civil procedure. If any party refuses to respond to or produce Plaintiff's requested discovery, he may then seek relief

from the Court pursuant to Fed. R. Civ. P. 37.