IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00391-MEH

CURTIS GUION,

    Plaintiff,

v.

SPURLOCK, Correctional Officer, in his official and individual capacities,
GILBERT, Correctional Officer, in his official and individual capacities,
CUTCHER, Sergeant, in his official and individual capacities,
GROOMS, Correctional Officer, in his official and individual capacities,
Z. MAHER, Correctional Officer, in his official and individual capacities,
CASADY, Correctional Officer, in his official and individual capacities,
WHITE, Correctional Officer, in his official and individual capacities,
TRUJILLO, Correctional Officer, in his official and individual capacities,
BARBERO, Captain, in his official and individual capacities,
TRAVIS TRANI, Warden, in his official and individual capacities,
BROWN, Correctional Officer, in his official and individual capacities,
P. ARCHULETA, Correctional Officer, in his official and individual capacities,
MONTOYA, Correctional Officer, in his official and individual capacities,
MORRIS, in his official and individual capacities,
BENSKO, Correctional Officer, in his official and individual capacities,
D. RAYMOND, Sergeant, in his official and individual capacities,
S. FOSTER, Associate Warden, in his official and individual capacities,
SOLANO, Correctional Officer, in his official and individual capacities,
J.R. ADAMS, Correctional Officer, in his official and individual capacities,
BUTERO, Sergeant, in his official and individual capacities, and
MAHONEY, Correctional Officer, in his official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 5, 2014.**

    A letter from the Plaintiff has been construed by the Court as a motion for copies of filed papers to be sent to his current address at the Colorado State Prison [filed August 4, 2014; docket #42]. The motion is **denied as moot in part, granted in part, and denied as duplicative in part.**

    First, Plaintiff requests that the Court "issue orders granted and issued on 6/23/14 concerning case management for the address above as well as this address here [at the] CSP." Insofar as

Plaintiff asks that the Court mail a copy of its June 23, 2014 minute order setting the Scheduling Conference for September 8, 2014 to the Sterling Correctional Facility (SCF), the request is denied as moot since, at the Plaintiff's previous request, the Court sent a copy of the order last week to him at SCF.  To the extent Plaintiff asks that the Court send a copy of the order to a new address, the Court **grants** this request. The Clerk of the Court is directed to mail a copy of the minute order at docket #27 to the Plaintiff at the address for the CSP, listed in Plaintiff's letter at docket #42.

In addition, it is likely that the Plaintiff did not receive this Court's minute orders dated July 28, 2014, located at dockets ## 35, 36, and 37.  The Court also asks the Clerk to send copies of these minute orders to the Plaintiff at the CSP.

Any and all other requests that may be construed from this letter are denied as duplicative.