IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   1:14-cv-00391 | Date:   September 8, 2014 |
| Courtroom Deputy:   Molly Davenport | FTR – Courtroom A501 |

CURTIS GUION

     Plaintiff,

Curtis Guion, *pro se*

v.

SPURLOCK, et al

Christopher Wayne Alber

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

**Court in session: 10:20 a.m.**

Court calls case.   Appearances of counsel.

Discussion held regarding service of parties.

ORAL MOTION by the plaintiff to dismiss Casady as a defendant, GRANTED.
ORAL MOTION by the plaintiff to dismiss Trujillo as a defendant, GRANTED.

IT IS ORDERED that the above defendants are dismissed in their representative and individual capacities.

IT IS ORDERED that the plaintiff has until September 17, 2014 to mail his response to [40] Partial Motion to Dismiss. The defendants have until 9/29/2014 to reply.

A scheduling conference is set for November 6, 2014 at 10:00 a.m.   The plaintiff may appear by telephone.

**Court in recess: 10:43 a.m.   (Hearing concluded)**
**Total time in Court:  0:23**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.