IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00391-MEH

CURTIS GUION,

    Plaintiff,

v.

BROWN, Correctional Officer, in his official and individual capacities,
MONTOYA, Correctional Officer, in his official and individual capacities,
MORRIS, in his official and individual capacities,
BENSKO, Correctional Officer, in his official and individual capacities,
S. FOSTER, Associate Warden, in his official and individual capacities,
SOLANO, Correctional Officer, in his official and individual capacities,
BUTERO, Sergeant, in his official and individual capacities, and
MAHONEY, Correctional Officer, in his official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 3, 2015.**

    Plaintiff's Motion for Court to Order C.D.O.C. Defendants to Produce all Requested Documents Supporting Plaintiff [filed December 18, 2014; docket #82] is **denied**.

    First, Plaintiff requests that the Court order Defendants to produce any and all evidence "Plaintiff can think to request that will help the Plaintiff [prove] each claim[.]" This request is overly broad and does not "state with particularity the grounds for seeking the order," as required by Fed. R. Civ. P. 7(b)(1)(B).

    Furthermore, to the extent Plaintiff moves to compel the production of discovery, Plaintiff must establish that he has served Defendants with the discovery request before seeking relief from the Court. Plaintiff may do so by filing discovery requests pursuant to D.C. Colo. LCivR 5.3(b) which permits an unrepresented prisoner proceeding in forma pauperis to file written discovery requests electronically.

    Finally, Plaintiff's attached letter suggests that he seeks reconsideration of this Court's Report and Recommendation to grant in part and deny in part the Partial Motion to Dismiss. The District Court's adoption of the Recommendation renders Plaintiff's request for reconsideration moot. (*See* docket #89.)