IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00391-MEH

CURTIS GUION,

    Plaintiff,

v.

BROWN, Correctional Officer, in his official and individual capacities,
MONTOYA, Correctional Officer, in his official and individual capacities,
MORRIS, in his official and individual capacities,
BENSKO, Correctional Officer, in his official and individual capacities,
S. FOSTER, Associate Warden, in his official and individual capacities,
SOLANO, Correctional Officer, in his official and individual capacities,
BUTERO, Sergeant, in his official and individual capacities, and
MAHONEY, Correctional Officer, in his official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2015.**

    Plaintiff's "Request for Clarification and Emergency Status Conference" [filed February 20, 2015; docket #98] is **granted in part and denied in part**.

    First, Plaintiff requests injunctive relief insofar as he "need(s) to know what criteria [to] meet in order to satisfy this Court[']s reasoning to agree to an out of state transfer from CDOC to [. . .] another state?" Plaintiff also asks, "what relationship does (Protective Custody) have to facility to facility transfers or state to state transfers per Fed. R. Civ. P.?" The Court declines to respond to these questions, as doing so entails providing legal advice, which it may not do.

    Plaintiff also requests an "emergency" status conference because he fears he will be murdered. The Court will hold a status conference to address Plaintiff's statement that he was recently stabbed and hospitalized. The status conference will be held on **Monday, March 2, 2015** at **10:15 a.m.** Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.