IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00391-LTB-MEH

CURTIS GUION,

    Plaintiff,

v.

BROWN, Correctional Officer, in his official and individual capacities,
MONTOYA, Correctional Officer, in his official and individual capacities,
MORRIS, in his official and individual capacities,
BENSKO, Correctional Officer, in his official and individual capacities,
S. FOSTER, Associate Warden, in his official and individual capacities,
SOLANO, Correctional Officer, in his official and individual capacities,
BUTERO, Sergeant, in his official and individual capacities, and
MAHONEY, Correctional Officer, in his official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2015.**

    Plaintiff's "Request for Court Order of CDOC to Provide Plaintiff Adequate Legal Supplies" [filed March 11, 2015; docket #110] is **denied**. Nothing in the rules or governing law provide the Court with authority to order the Department of Corrections to provide its inmates free supplies.

    Plaintiff's "Request for Emergency Status Conference Meeting for Extension of Interrogatories" [filed March 11, 2015; docket #109] is **denied**. The Court finds no basis upon which to hold a conference or hearing under the circumstances presented. If the Plaintiff wishes to seek extensions of time, he may do so by motion.