IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00391-LTB-MEH

CURTIS GUION,

    Plaintiff,

v.

BROWN, Correctional Officer, in his official and individual capacities,
MONTOYA, Correctional Officer, in his official and individual capacities,
MORRIS, in his official and individual capacities,
BENSKO, Correctional Officer, in his official and individual capacities,
S. FOSTER, Associate Warden, in his official and individual capacities,
SOLANO, Correctional Officer, in his official and individual capacities,
BUTERO, Sergeant, in his official and individual capacities, and
MAHONEY, Correctional Officer, in his official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 18, 2015.**

    Before the Court is Plaintiff's "Motion Requesting (Witness Foundation)" [filed March 16, 2015; docket #113]. Plaintiff seeks "an alternative source of communication via (court appointed cell phone) as a means to keep the integrity of this case uncompromised [sic] and to ensure a level playing field within these proceedings." This request is vague, indecipherable and not supported by any rule or law. To the extent the Plaintiff asks that the Court provide him a cell phone, the Court has no authority nor means by which to provide cell phones and service to parties who appear before the Court. Accordingly, the motion is **denied**.

    The Court reminds the Plaintiff that "[a] verbose, redundant, ungrammatical, or unintelligible motion, response, or reply may be stricken or returned for revision, and its filing may be grounds for sanctions." D.C. Colo. LCivR 7.1(i).