IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00391-LTB-MEH

CURTIS GUION,

      Plaintiff,

v.

BROWN, Correctional Officer, in his official and individual capacities,
MONTOYA, Correctional Officer, in his official and individual capacities,
MORRIS, in his official and individual capacities,
BENSKO, Correctional Officer, in his official and individual capacities,
D. RAYMOND, Sergeant, in his official and individual capacities,
S. FOSTER, Associate Warden, in his official and individual capacities,
SOLANO, Correctional Officer, in his official and individual capacities,
BUTERO, Sergeant, in his official and individual capacities, and
MAHONEY, Correctional Officer, in his official and individual capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 30, 2015.**

      Plaintiff's Unopposed Motion to Modify the Scheduling Order [filed October 28, 2015; docket #143] is **granted**. In light of the Settlement Conference being held in this case on November 12, 2015, the Court modifies the Scheduling Order as follows:

           Discovery cut-off:           January 11, 2016
           Dispositive motions deadline:   February 8, 2016

      Additionally, the Final Pretrial Conference currently scheduled in this case for February 8, 2016, is **vacated** and **rescheduled** to **April 5, 2016,** at **9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All other aspects of the Court's August 26, 2014 Order regarding the Final Pretrial Conference remain in effect. *See* docket #137.